JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KAMSUT, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>KAMA SUTRA CLOSET, LLC, a California limited liability company; ROYLIN DOWNS, a Californian resident, and DOES 1 through 10,<br><br>                    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 13-7403 PA (Ex)<br><br>Assigned to The Honorable Percy Anderson<br><br>~~[PROPOSED]~~ ORDER ON STIPULATION FOR DISMISSAL OF ACTION<br><br>Complaint filed: October 7, 2013<br>Discovery Cut-Off: July 14, 2014<br>Trial Date: September 23, 2014<br><br>NOTE: CHANGES MADE BY THE COURT |

1  Having reviewed and considered the stipulation of the parties for dismissal of
2  this action without prejudice and finding good cause thereon,
3  IT IS ORDERED that this action be dismissed in its entirety and as to all
4  parties and causes of action without prejudice, with each party to bear its own costs
5  and fees incurred against one another. ~~This Court shall retain jurisdiction to enforce~~
6  ~~the terms of the settlement agreement between the parties.~~
7
8  IT IS SO ORDERED.

11  DATED: February 20, 2014

HON. PERCY ANDERSON
U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION